IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**HALLIBURTON ENERGY SERVICES, INC.** )<br>)<br>)<br>**Defendant.** )<br>_____ ) | **Civil Action No.**<br>**3:16-cv-0233-CWR-FKB** |

## JOINT MOTION TO RESET TRIAL DATE

The Equal Employment Opportunity Commission ("Plaintiff" or "the Commission") and Halliburton Energy Services ("Defendant" or "Halliburton") respectfully request that this Court reset the trial of this case to a date certain and specially set for a date no earlier than June 4, 2018. In support of this motion, the parties state:

1. This case is currently set for jury trial for a two-week term of court beginning April 2, 2018.

2. After receiving the Court's Text Order [August 15, 2017], both parties' counsel reviewed their own scheduling commitments and have previously set matters which would hinder their ability to adequately prepare and appear for trial.

3. Trial counsel for the Commission have a jury trial previously set for April 2, 2018, *EEOC v. Koch Foods of Mississippi, LLC*, Civ. Action No. 3:16-cv-768-WHB-JCG, in the Southern District of Mississippi.

4. For the trial of the present case, both Plaintiff and Defendant will likely call witnesses who will need to travel from out of state or out of the country. Specially setting the trial of this case to a date certain will enable witnesses to plan their travel accordingly.

5. For these reasons, both parties respectfully request that the Court reset the trial for a date no earlier than June 4, 2018, which is convenient for the Court and does not conflict with existing trial dockets of counsel. Both Parties, therefore, respectfully requests that this Court reset trial for a date no earlier than June 4, 2018.

/s/Harriett Oppenheim
HARRIETT OPPENHEIM
Senior Trial Attorney
(MS Bar No. 103149)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Dr. A. H. McCoy Federal Building
100 W. Capitol Street, Suite 338
Jackson, Mississippi 39269
Tel.: (601) 948-8454
Fax: (601) 948-8401
harriett.oppenheim@eeoc.gov

Kurt Fischer
(ASB-9772-R72F)
Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Birmingham District Office
Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205
Phone: (205) 212-2043
kurt.fischer@eeoc.gov

ATTORNEYS FOR PLAINTIFF

/s/Christine S. Keenan
CHRISTINE S. KEENAN, T.A.
(MS. #10756)

JEREMY J. LANDRY
(admitted *pro hac vice*)
THE KULLMAN FIRM, PLC
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana   70809
Telephone: (225) 906-4250
Facsimile: (225) 906-4230
E-mail:  csk@kullmanlaw.com;
jjl@kullmanlaw.com

And

TAYLOR B. SMITH, (MS. #7613)
THE KULLMAN FIRM, PLC
P.O. Box 827
119 3rd Street South, Suite 2
Columbus, Mississippi 39701
Telephone: (662) 244-8824
Facsimile: (662) 244-8837
E-mail: tbs@kullmanlaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2017, I filed the foregoing Motion to Reset Trial with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

Dated this the 27th day of October, 2017.

*/s/Harriett Oppenheim*
HARRIETT OPPENHEIM
Senior Trial Attorney