IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE ACTION NO. 3:16-cv-00233 |
| Plaintiff, | |
| v. | JUDGE REEVES |
| HALLIBURTON ENERGY SERVICES, INC. | MAGISTRATE JUDGE BALL |
| Defendant. | |

# MEMORANDUM IN SUPPORT OF
# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# (FILED UNDER SEAL)