# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE ACTION NO. 3:16-cv-00233 |
| Plaintiff, | |
| v. | JUDGE REEVES |
| HALLIBURTON ENERGY SERVICES, INC. | MAGISTRATE JUDGE BALL |
| Defendant. | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes Defendant, Halliburton Energy Services, Inc. ("Halliburton" or "Defendant"), who, pursuant to L.U.Civ.R 79, files this motion to respectfully request that this Court grant Defendant leave to file certain documents under seal, for the following good cause shown.

As set forth more fully in Defendant's Non-Confidential Memorandum in Support, Defendant requests that certain documents containing medical information of a non-party be filed under seal, and be given "level 2" access under L.U.Civ.R 79(e)(3)(B)(2).

WHEREFORE, Defendant respectfully requests that its Motion be granted and the documents in question be filed under seal.

Respectfully submitted on this 30th day of October, 2017,

        *s/Christine S. Keenan*
        CHRISTINE S. KEENAN, T.A. (MS. #10756)
        JEREMY J. LANDRY (admitted *pro hac vice*)
        THE KULLMAN FIRM, PLC
        4605 Bluebonnet Boulevard, Suite A
        Baton Rouge, Louisiana 70809
        Telephone: (225) 906-4250
        Facsimile: (225) 906-4230
        E-mail: csk@kullmanlaw.com

        And

        TAYLOR B. SMITH, (MS. #7613)
        THE KULLMAN FIRM, PLC
        P.O. Box 827
        119 3rd Street South, Suite 2
        Columbus, Mississippi 39701
        Telephone: (662) 244-8824
        Facsimile: (662) 244-8837
        E-mail: tbs@kullmanlaw.com

        COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2017, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

        *s/Christine S. Keenan*
        Christine S. Keenan