# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISON

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.** |
| ) | **3:16-cv-0233-CWR-FKB** |
| **HALLIBURTON ENERGY SERVICES, INC.** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## PARTIES' JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff, Equal Employment Opportunity Commission, ("Plaintiff" or "the Commission") and Defendant Halliburton Energy Services, Inc. ("Defendant" or "Halliburton") hereby move this Honorable Court for approval and entry of the attached Consent Decree. In support of their Joint Motion, the Commission and Defendant state as follows:

1. The Commission and Defendant have negotiated the attached Consent Decree as a resolution of the Commission's claims in the above-captioned case.

2. The Commission and Defendant believe that the terms of this Consent Decree are adequate, fair, reasonable, equitable and just.

3. The Commission and Defendant believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or privileges of any person.

4. The entry of this Consent Decree will be in the best interest of the parties, those for whom the Commission seeks relief, and the public.

1

        Respectfully submitted,

| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **HALLIBURTON ENERGY SERVICES, INC.** |
|---|---|
| */s/Harriett Oppenheim* | */s/Christine S. Keenan* |
| Harriett Oppenheim | Christine S. Keenan |
| Dr. A. H. McCoy Federal Building | The Kullman Firm, PLC |
| 100 W. Capitol Street, Suite 338 | 4605 Bluebonnet Blvd, Suite A |
| Jackson, Mississippi 39269 | Baton Rouge, Louisiana 70809 |
| MS Bar No. 103149 | MS Bar No. 10756 |
| Phone: (601) 948-8454 | Phone: (225) 906-4250 |
| harriett.oppenheim@eeoc.gov | csk@kullmanlaw.com |
| | |
| Gina Pearson | Jeremy Landry (admitted *pro hac vice*) |
| Birmingham District Office | The Kullman Firm, PLC |
| Ridge Park Place | 4605 Bluebonnet Blvd |
| 1130 22nd Street South, Suite 2000 | Baton Rouge, Louisiana 70809 |
| Birmingham, Alabama 35205 | Phone: (225) 906-4250 |
| ASB-3971-H61G | jjl@kullmanlaw.com |
| gina.pearson@eeoc.gov | |

## CERTIFICATE OF SERVICE

     I hereby certify that on June 29, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

                                */s/ Harriett Oppenheim*
                                    Harriett Oppenheim